UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARION D. MARSHALL, | ) |
| | ) CASE NO. C13-1171 RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER REVERSING |
| | ) COMMISSIONER AND REMANDING |
| CAROLYN W. COLVIN, Acting | ) WITH INSTRUCTIONS |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge John L. Weinberg. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation. On remand, the ALJ should analyze the omitted opinions of Drs. Czysz and Dees and re-assess the opinions of Drs. Centerwall, Cannon and Joseph, and the impact they have on Plaintiff's residual functional capacity. The ALJ should also reassess Plaintiff's credibility regarding her symptom allegations in light of those opinions.

(2) The Court REVERSES the decision of the Commissioner; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

DATED this 31st day of July 2014.

                                                    RICARDO S. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

ORDER REVERSING COMMISSIONER
PAGE -2